GEORGE W. THATCHER *against* THE BANK OF THE STATE OF NEW YORK, Impl'd, &c.

IN this case there was no bill of exceptions, and judgment was affirmed on that account, without passing upon the questions sought to be presented.

———————

AUGUSTUS K. GARDNER *against* THE BOARD OF HEALTH OF THE CITY OF NEW YORK.

THE Board of Health of the city of New York is not a corporation, and is not liable to be sued as such.
(See 4 Sandf. Rep. 153; 10 N. Y. 409, S. C.)

———————

WILLIAM P. BURDICK, Junr., *against* GEORGE H. COLLINS.

THIS cause was tried at a special term before a jury, where the plaintiff recovered. . Several exceptions were taken by the defendant to the ruling of the judge, but no bill of exceptions was signed or sealed by him. For that reason judgment was affirmed, without passing upon the questions sought to be presented.
(See 4 Sandf. R. 153.)